**No. 58346.**—Marconi International Marine Communication Co., Ltd. *v.* United States, protest 179683–K (New York).

Opinion by LAWRENCE, J. It was stipulated that the merchandise consists of cathode ray tubes in chief value of glass, blown or partly blown in the mold or otherwise, of the same kind in all material respects as the cathode ray tubes which were the subject of *International Expediters, Inc.* v. *United States* (41 C. C. P. A. 156, C. A. D. 543), except that the tubes the subject of the cited decision were designed for use with television sets, whereas the tubes involved herein were designed for use with radar equipment of the same kind as was involved in *United States* v. *United Geophysical Company* (38 C. C. P. A. 137, C. A. D. 451). Upon the agreed statement of facts and the *International Expediters* case, *supra*, the claim of the plaintiff was sustained.

**No. 58347.**—Gallagher & Ascher Co. et al. *v.* United States, protests 126163–K/926, etc. (Chicago).

Opinion by LAWRENCE, J. It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430). Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than 9/10 of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra*.